UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN DOE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| -against- : | |
| : | **Civil Action No: 1:21-cv-12060** |
| **MASSACHUSETTS INSTITUTE OF** : | |
| **TECHNOLOGY,** : | |
| : | |
| **Defendant.** : | |

### PLAINTIFF'S *EX PARTE* MOTION TO PROCEED UNDER PSEUDONYM

The undersigned attorneys hereby move this Court to allow Plaintiff in the above-referenced action to proceed under the pseudonym John Doe, for the reasons set forth in the attached Plaintiff's Memorandum of Law in Support of Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym, and the Declaration of Tara J. Davis, Esq. In Support of Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym.

**Dated:** Boston, Massachusetts
December 16, 2021

                                               Respectfully submitted,

                                               **NESENOFF & MILTENBERG, LLP**
                                               *Attorneys for Plaintiff John Doe*

                                               **By: /s/ *Tara J. Davis***
                                               **Philp A. Byler, Esq. (*pro hac vice forthcoming*)**
                                               **Andrew T. Miltenberg, Esq. (*pro hac vice forthcoming*)**
                                               **363 Seventh Avenue, Fifth Floor**
                                               **New York, New York 10001**
                                               **(212) 736-4500**
                                               **pbyler@nmllplaw.com**
                                               **amiltenberg@nmllplaw.com**

**Tara J. Davis, Esq. (BBO #675346)**
**Regina M. Federico, Esq. (BBO #700099**
**101 Federal Street, Nineteenth Floor**
**Boston, Massachusetts 02110**
**(617) 209-2127**
**tdavis@nmllplaw.com**
**rfederico@nmllplaw.com**

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Plaintiff, through his undersigned counsel, was not able to confer with opposing counsel concerning their request for the filing of this matter under pseudonyms, as this motion is being filed *ex parte*, contemporaneous with the filing of Plaintiff's. As such, Plaintiff is not yet aware of who will be serving as defense counsel.

*/s/ Tara J. Davis*
Tara J. Davis, Esq. (BBO #675346)