UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN DOE,** | : |
| | :    **Civil Action No: 1:21-cv-12060-RGS** |
| **Plaintiff,** | : |
| | : |
| -against- | : |
| | : |
| **MASSACHUSETTS INSTITUTE OF TECHNOLOGY,** | : |
| | : |
| **Defendant.** | : |

### ORDER TO SHOW CAUSE

Now on this ___ day of January 2022, upon consideration of the accompanying Declaration of Tara J. Davis, Esq., the accompanying Plaintiff's Memorandum of Law in support of Plaintiff's Motion for Reconsideration, and a Proposed Order,

IT IS HEREBY ORDERED that:

Defendant SHOW CAUSE on _____ 2022 why, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and the inherent authority of the Court, this Court should not reconsider the Court's Order dated December 21, 2021, denying the Plaintiff's Motion to Proceed Under Pseudonym, and upon reconsideration, grant Plaintiff's Motion to Proceed Under Pseudonym for both "John Doe" (the university respondent and Plaintiff here) and "Jane Roe" (the university complainant) and for a protective order against disclosure by any party of the real names of "John Doe" and "Jane Roe," and for such other and further relief as the Court deems just and proper, and

IT IS FURTHER ORDERED that pending the Court's determination of the Plaintiff's application for reconsideration of the Court's Order dated December 21, 2021, the portion of the

Court's Order dated December 21, 2021, requiring by January 11, 2022, Plaintiff file an Amended Complaint with his true name is stayed, and

      IT IS FURTHER ORDERED that this Order and the papers upon which it is based be served by e-mail on or before Janaury__, 2022 on Jared Wilcoxson, Counsel in the General Counsel's Office, Massachusetts Institute of Technology, 105 Broadway, Cambridge, Massachusetts 02142.

Dated _____

                                                    _____
                                                    U.S. District Judge Richard G. Stearns