UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
JOHN DOE,                                             |
                                                      |
                 Plaintiff,                 |
  v.                                                  |
                                                      |   Case No.: 1:21-cv-12060
MASSACHUSETTS INSTITUTE OF                            |
TECHNOLOGY,                                           |
                                                      |
                 Defendant.                 |
---------------------------------------------------------x

**MOTION FOR ADMISSION *PRO HAC VICE* OF PHILIP A. BYLER, ESQ.**

I, Tara J. Davis, a member in good standing of the bar of this Court and the Courts of the Commonwealth of Massachusetts, and co-counsel for the Plaintiff herein, move the Court, pursuant to Local Rule 83.5.3, to admit *pro hac vice* Attorney Philip A. Byler, senior counsel at the law firm of Nesenoff & Miltenberg, LLP, having an office located at 363 Seventh Avenue, 5th Floor, New York, New York, 10001, Telephone number (212) 735-4500, and an email address of pbyler@nmllplaw.com, as an attorney before this Court in this action as counsel for Plaintiff John Doe.

As stated in the accompanying affidavit, Philp A. Byler, is a member in good standing of the bars of the States of New York and Ohio; U.S. District Courts of the Eastern District of New York, Southern District of New York, Northern District of New York, Western District of New York, Southern District of Ohio, District of Colorado, and the District of Columbia; the U.S. Court of Appeals for the First Circuit, Second Circuit, Third Circuit, Sixth Circuit, Seventh Circuit, Eighth Circuit, Ninth Circuit, and the Tenth Circuit; and the U.S. Supreme Court.

WHEREFORE, I respectfully request that this Court admit Philip A. Byler *pro hac vice*.

1

Dated: January 10, 2022
      Boston, Massachusetts

Respectfully submitted,

*/s/ Tara J. Davis*
Tara J. Davis (BBO No. 675346)
Regina M. Federico (BBO No. 700099)
NESENOFF & MILTENBERG, LLP
101 Federal Street, 19th Floor
Boston, MA 02110
212-736-4500
tdavis@nmllplaw.com

*Counsel for Plaintiff*

## **LOCAL RULE 7.1 CERTIFICATION**

Plaintiff, through their undersigned counsel, has not conferred with counsel for the concerning the filing of the instant Motion.

Dated: January 10, 2022

*/s/ Tara J. Davis*
Tara J. Davis (BBO No. 675346)