UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, | : |
| | : |
| Plaintiffs, | :  Civil Action No: 3:21-CV-30085 |
| | : |
| -against- | : |
| | : |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | : |
| | : |
| Defendants. | : |

**AFFIDAVIT OF PHILIP A. BYLER, ESQ.**

I, Philip A. Byler, hereby depose and state as follows:

1. I am senior counsel with the law firm Nesenoff & Miltenberg, with an office located at 363 Seventh Avenue, 5th Floor, New York, New York, 10001, with a telephone number of (212) 736-4500, and an email address of pbyler@nmllplaw.com.

2. I am a member in good standing of the bars of the States of New York and Ohio.

3. I am a member in good standing of the bars of the following U.S. District Courts: Eastern District of New York, Southern District of New York, Northern District of New York, Western District of New York, Southern District of Ohio, District of Colorado, and the District of Columbia.

4. I am a member in good standing of the following bars of U.S. Court of Appeals for the First Circuit, Second Circuit, Third Circuit, Sixth Circuit, Seventh Circuit, Eighth Circuit, Ninth Circuit, and the Tenth Circuit.

5. I am a member in good standing of the U.S. Supreme Court.

6. There are no disciplinary proceedings pending against me in any jurisdiction.

7. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

8. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

9. My firm represents Plaintiff John Doe in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 10th day of January 2022.

/s/ *Philip A. Byler*
Philip A. Byler, Esq.