UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
JOHN DOE,                                                |
                                                         |
                **Plaintiff,**    |
   v.                                                 |
                                                                                                                                                   Case No.: 1:21-cv-12060
                                                         |
MASSACHUSETTS INSTITUTE OF                               |
TECHNOLOGY,                                              |
                                                         |
                **Defendant.**   |
---------------------------------------------------------x

## NOTICE OF APPEARANCE

      Pursuant to Local Rule 83.5.2(a) and electronic order of Judge Richard G. Stearns, please enter the appearance of Philip A. Byler of Nesenoff & Miltenberg, 363 Seventh Avenue, Fifth Floor, New York, New York 10001, as counsel of record for the plaintiff, John Doe, in the above-captioned action.

**Dated: New York, New York**
        **January 12, 2022**

                                                          **Respectfully submitted,**

                                                          */s/ Philip A. Byler*
                                                          **Philip A. Byler**
                                                          **NESENOFF & MILTENBERG, LLP**
                                                          **363 Seventh Avenue, Fifth Floor**
                                                          **New York, New York 10001**
                                                          **(212) 736-4500**
                                                          **pbyler@nmllplaw.com**

                                                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Philip A. Byler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon anyone indicated as a non-registered participant.

      */s/ Philip A. Byler*
      Philip A. Byler