UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN DOE,** : | |
| : | **Civil Action No: 1:21-cv-12060-RGS** |
| **Plaintiff,** : | |
| : | |
| -against- : | |
| : | |
| **MASSACHUSETTS INSTITUTE OF** : | |
| **TECHNOLOGY,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEAL TO THE
## U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT

Notice is hereby given that Plaintiff John Doe, hereby appeals to the United States Court of Appeals for the First Circuit from the December 21, 2021, Electronic Order (Dkt. 6) denying the Plaintiff John Doe's Motion to Proceed Under Pseudonym and from the January 11, 2022, Electronic Order (Dkt. 12) denying the Order to Show Cause to reconsider the Court's Electronic Order dated December 21, 2021, denying the Plaintiff's Motion to Proceed Under Pseudonym, and upon reconsideration, grant the Motion to Proceed Under Pseudonym for both "John Doe" (the university respondent and Plaintiff John Doe here) and "Jane Roe" (the university complainant) and for a protective order against disclosure by any party of the real names of "John Doe" and "Jane Roe." Also, the January 11, 2022, Electronic Order (Dkt. 12) stayed the action so that Plaintiff John Doe could take an appeal to the United States Court of Appeals for the First Circuit of the Court's collateral order. *Coopers & Lybrand v. Livesay*, 437 U.S. 463, 468 (1978); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 546 (1949).

Respectfully submitted on this 19th day of January, 2022.

**Respectfully submitted,**

**NESENOFF & MILTENBERG, LLP**
By: /s/ *Philip A. Byler*
**Philip A. Byler, Esq. (admitted *pro hac vice*)**
**Andrew T. Miltenberg, Esq. (*pro hac vice* forthcoming)**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
pbyler@nmllplaw.com
amiltenberg@nmllplaw.com

and

By: /s/ *Tara Davis*
**Tara Davis, Esq. (BBO # 675346)**
**Regina M. Federico, Esq. (BBO #700099)**
**101 Federal Street, Nineteenth Floor**
**Boston, Massachusetts 02110**
**(617) 209-2127**
tdavid@nmllplaw.com
rfederico@nmllplaw.com

*Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

      This document was served electronically upon all counsel of record by filing through the ECF system on January 19, 2022.

> */s/ Tara J. Davis*
> Tara J. Davis