# United States Court of Appeals
## For the First Circuit

_____

No. 22-1056

JOHN DOE,

Plaintiff, Appellant,

v.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: August 24, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of plaintiff's motion to proceed by pseudonym is vacated and the case is remanded for further proceedings consistent with the opinion issued this day. Costs shall be taxed in favor of the plaintiff.


By the Court:

Maria R. Hamilton, Clerk


cc:  Hon. Richard G. Stearns, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Andrew T. Miltenberg, Philip Arwood Byler, Tara Jill Davis, Scott Alan Roberts, Mark Macchi, Joshua A. Engel, Benjamin North, Eugene Volokh, Justin Dillon