**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br>       Defendant. | C.A. No. 1:21-cv-12060 |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**
**FOR ITS ANSWER AND INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant Massachusetts Institute of Technology

("MIT") requests an extension until December 14, 2022, to serve its initial disclosures and until

December 15, 2022, to file its answer.  As grounds for this motion, MIT states as follows:

1.      On September 19, 2022, following the issuance of a mandate by the Court of

Appeals for the First Circuit, the Court issued an order requiring briefing on why Plaintiff's

"request for anonymity meets the First Circuit's new four-part test."  (ECF No. 21).  At the time,

undersigned counsel, who represented MIT on the appeal to the First Circuit but who had not

entered an appearance in this matter, was unaware of the issuance of the Court's order.[1]

2.      On October 3, 2022, Plaintiff filed a memorandum of law in support of his request

for anonymity.  (ECF No. 22)(the "Pseudonym Memorandum").  Although the Pseudonym

Memorandum included a certificate of service stating that the memorandum had been served

electronically "upon all counsel of record filing through the ECF system on October 3, 2022," no

---

[1]      On January 11, 2022, the Court stayed the underlying matter before any attorney had entered an appearance
for MIT. (ECF No. 12).

"counsel of record" had yet appeared for MIT.  *Id.*  Plaintiff did not otherwise serve or send the memorandum to undersigned counsel or MIT's in-house counsel by any other means, even though undersigned counsel had appeared in the appeal and Plaintiff's counsel had previously communicated with MIT's in-house counsel via email several times.  As a result, MIT was unaware of the filing of the Pseudonym Memorandum and did not respond it.  On October 31, 2022, the Court issued an order allowing Plaintiff's request to proceed under a pseudonym on a provisional basis.  (ECF No. 23).

3.      On November 1, 2022, the Court issued a scheduling order with certain case management deadlines, including with respect to initial disclosures, which the Court stated must be completed by December 2, 2022.  (ECF No. 25)(the "Scheduling Order").  The Scheduling Order also noted that an answer was due.  *Id.*

4.      MIT learned about the foregoing events in the late afternoon of December 2, 2022, when Plaintiff's counsel sent Plaintiff's initial disclosures to both undersigned counsel and MIT's in-house counsel via email.  Unlike the Pseudonym Memorandum, the initial disclosures included a certificate of service stating that the document had been "served electronically" upon MIT's internal counsel and undersigned at their respective email addresses, which were listed in the certificate of service.

5.      Undersigned counsel has today entered an appearance in this matter for MIT and will promptly prepare and serve MIT's initial disclosures and file an answer.  MIT requests that the Court allow MIT until December 14, 2022, to serve its initial disclosure and until December 15, 2022, to file its answer.  Allowance of this brief extension will not prejudice Plaintiff, as MIT requests no other change to the deadlines set forth in the Court's Scheduling Order.

WHEREFORE, for the foregoing reasons, MIT requests that the Court allow MIT until December 14, 2022, to serve its initial disclosures and until December 15, 2022, to file its answer.

Respectfully submitted,

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**

By its attorneys,

/s/ Scott A. Roberts
Scott A. Roberts (BBO #550732)
     *sroberts@hrwlawyers.com*
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, MA  02110
Phone: (617) 348-4300
Fax: (617) 348-4343

Dated: December 6, 2022

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I conferred with counsel for Plaintiff via email on December 5, 2022 and attempted in good faith to resolve or narrow the issues in this Motion, without success.

/s/ Scott A. Roberts
Scott A. Roberts (BBO #550732)

## CERTIFICATE OF SERVICE

I, Scott A. Roberts, certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 6, 2022.

/s/ Scott A. Roberts
Scott A. Roberts (BBO #550732)