## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

JOHN DOE,

        Plaintiff,

    v.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

        Defendant.

No. 1:21-cv-12060-RGS

**JOINT MOTION FOR PROTECTIVE ORDER**

---

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff John Doe ("Plaintiff"), together with Defendant Massachusetts Institute of Technology ("Defendant" and together with Plaintiff the "Parties") jointly request that the court enter the attached Proposed Protective Order governing the designation, use, and disclosure of Confidential information in this litigation.

Dated: June 14, 2023

The Plaintiff,

**NESENOFF & MILTENBERG, LLP**

By: /s/ *Andrew T. Miltenberg*
**Andrew T. Miltenberg, Esq.**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**

By: /s/ *Tara J. Davis*
**Tara Davis, Esq. (BBO #675346)**
**Regina M. Federico, Esq. (BBO #700099)**
**101 Federal Street, Nineteenth Floor**
**Boston, Massachusetts 02110**
**(617) 209-2127**
**tdavis@nmllplaw.com**
**rfederico@nmllplaw.com**

The Defendant,

**HIRSCH ROBERTS WEINSTEIN LLP**

By: /s/ *Scott A. Roberts*
**Scott A. Roberts (BBO #550732)**
**24 Federal Street, 12th Floor**
**Boston, MA 02110**
**(617) 348-4340**
**sroberts@hrwlawyers.com**

1

## **LOCAL RULE 7.1 CERTIFICATE**

We, Tara Davis and Scott Roberts, hereby certify that the undersigned counsel jointly conferred and agreed to the proposed motion. Accordingly, the parties jointly move for the court to grant the protective order.

*/s/ Tara J. Davis*
Tara J. Davis, Esq.

*/s/ Scott A. Roberts*
Scott A. Roberts

## **CERTIFICATE OF SERVICE**

I, Tara J. Davis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon anyone indicated as a non-registered participant.

*/s/ Tara J. Davis*
Tara J. Davis