UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>*Defendant.* | Civil Action No: 1:21-cv-12060-RGS |

### PLAINTIFF JOHN DOE'S NOTICE REGARDING THE USE OF EXPERTS

Plaintiff John Doe (hereinafter "Plaintiff" or "Doe"), by his attorneys, Nesenoff & Miltenberg, LLP, respectfully submits the following notice regarding the use of experts, in accordance with the Court's Order of May 3, 2023. [ECF No. 34].

1. On May 2, 2023, Plaintiff and Defendant Massachusetts Institute of Technology ("MIT" or "Defendant") (collectively, the "Parties") jointly moved the Court to extend the case deadlines.

2. The Court granted the relief requested by the Parties on May 3, 2023 [ECF No. 34] and set forth the following deadlines:

| Date | Deadline |
|---|---|
| July 11, 2023 | Deadline to notify Court whether a party intends to use an expert |
| July 17, 2023 | Deadline to notify the Court whether the Parties would like to participate in the Court's mediation program |
| August 8, 2023 | Deadline to complete fact discovery |
| September 5, 2023 | Deadline to submit dispositive motion(s) |
| September 26, 2023 | Deadline to submit opposition to any dispositive motion(s) |

1

3.     At this time, Plaintiff intends to utilize an expert on the topic of economic damages to quantify the harm he suffered due to the procedurally defunct process that culminated in his expulsion from MIT—an elite institution of higher education—when his education was nearly complete.

WHEREFORE Plaintiff respectfully requests that the Court schedule expert deadlines, accordingly.

**Dated:  Boston, Massachusetts**
           **July 11, 2023**

                                        **Respectfully submitted,**

                                        **NESENOFF & MILTENBERG, LLP**
                                        *Attorneys for Plaintiff John Doe*

                                        **By: /s/ *Andrew T. Miltenberg***
                                        **Andrew T. Miltenberg, Esq.**
                                        **(*pro hac vice* forthcoming)**
                                        **363 Seventh Avenue, Fifth Floor**
                                        **New York, New York 10001**
                                        **(212) 736-4500**
                                        **amiltenberg@nmllplaw.com**

                                        **By: /s/ *Regina M. Federico***
                                        **Tara J. Davis, Esq. (BBO No. 675346)**
                                        **Regina M. Federico, Esq. (BBO No. 700099)**
                                        **Julie A. Sacks, Esq. (BBO No. 674384)**
                                        **101 Federal Street, Nineteenth Floor**
                                        **Boston, Massachusetts 02110**
                                        **(617) 209-2188**
                                        **tdavis@nmllplaw.com**
                                        **rfederico@nmllplaw.com**
                                        **jsacks@nmllplaw.com**

**CERTIFICATE OF SERVICE**

      I, Regina M. Federico, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon anyone indicated as a non-registered participant.

      */s/ Regina M. Federico*
      Regina M. Federico