UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>        *Plaintiff*,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        *Defendant*. | Civil Action No. 1:21-cv-12060-RGS<br><br>*Leave to File Brief over 20 Pages Granted on December 5, 2023 (ECF No. 43)* |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant Massachusetts Institute of Technology hereby moves for the entry of summary judgment in its favor on all of Plaintiff John Doe's claims. Defendant is entitled to judgment as a matter of law because Plaintiff has neither identified nor produced any evidence that could lead a jury to find in his favor on any of his claims. Without any documentation or testimony to support the baseless assertions on which his claims rest, Plaintiff is not entitled to advance this litigation to trial.

Pursuant to Fed. R. Civ. P. 56 and Local Rules 7.1 and 56.1, this motion is supported by the following materials, all filed herewith:

    1.    Memorandum of Law in Support of Defendant's Motion for Summary Judgment;

    2.    Statement of Undisputed Material Facts in Support of Defendant's Motion for Summary Judgment;

    3.    Affidavit of Scott A. Roberts in Support of Defendant's Motion for Summary Judgment;

- 2 -

4. Affidavit of Sarah Rankin in Support of Defendant's Motion for Summary Judgment; and

5. Affidavit of Jamie Sinetar in Support of Defendant's Motion for Summary Judgment.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(e), Defendant requests oral argument on this motion as oral argument may assist the Court in the resolution of the issues set forth herein.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that counsel for Defendant has conferred with counsel for Plaintiff and attempted in good faith to resolve or narrow the issues presented in this motion.

WHEREFORE, Defendant respectfully requests that the Court enter summary judgment in its favor on all of Plaintiff's claims and grant it such other relief as is just.

Respectfully submitted,

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY**

By its attorney,

 */s/ Scott A. Roberts*
Scott A. Roberts (BBO No. 550732)
sroberts@hrwlawyers.com
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, MA 02110
Phone: (617) 348-4300
Fax: (617) 348-4343

Dated: December 8, 2023

- 3 -

## CERTIFICATE OF SERVICE

      I, Scott A. Roberts, certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 8, 2023.

                                       */s/ Scott A. Roberts*
                                       Scott A. Roberts (BBO No. 550732)