UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN DOE,**<br><br>  *Plaintiff,*<br><br>v.<br><br>**MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**<br><br>  *Defendant.* | Civ. No. 1:21-cv-12060-RGS |

### ASSENTED TO MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff John Doe ("Plaintiff"), with the assent of Defendant Massachusetts Institute of Technology ("Defendant") (collectively, the "Parties"), respectfully submits this motion to extend the deadline to submit a response in opposition to Defendant's Motion for Summary Judgment.

1. On November 17, 2023, the Parties jointly moved this court to extend the deadlines for summary judgment. [*see* ECF No. 40].

2. The Parties indicated in that motion that counsel had been engaged in conversations about whether a viable path existed to resolve the case. [*see* ECF No. 40].

3. The Court granted the joint motion of the Parties, extending the deadlines for dispositive motions until December 8, 2023, and for oppositions to December 29, 2023. [*see* ECF No. 41].

4. While conversations between the Parties regarding resolution continued, Defendant filed their Motion for Summary Judgment on December 8, 2023, in accordance with this Court's order. [*see* ECF Nos. 44-49].

5.  Since the filing of Defendant's Motion for Summary Judgment, the Parties have reached a settlement in principle and are working to finalize the terms of the agreement.

6.  Accordingly, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to submit opposition to Defendant's Motion for Summary Judgment by thirty-one (31) days, until Monday, January 29, 2024, to allow the Parties to finalize their agreement, and file a Stipulation of Dismissal.

7.  Modification of the schedule will not prejudice either party or cause undue delay.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and adjust the Plaintiff's deadline to submit his response in opposition to Defendant's Motion for Summary Judgment to January 29, 2024.

**Dated: Boston, Massachusetts**
          **December 19, 2023**

                                              **Respectfully submitted,**

                                              **NESENOFF & MILTENBERG, LLP**
                                              *Attorneys for Plaintiff John Doe*

                                              **By: /s/ *Tara J. Davis***
                                              **Tara Davis, Esq. (BBO No. 675346)**
                                              **Regina M. Federico, Esq. (BBO No. 700099)**
                                              **Julie A. Sacks, Esq. (BBO No. 674384)**
                                              **101 Federal Street, Nineteenth Floor**
                                              **Boston, Massachusetts 02110**
                                              **(617) 209-2188**
                                              **tdavis@nmllplaw.com**
                                              **rfederico@nmllplaw.com**
                                              **jsacks@nmllplaw.com**

## CERTIFICATE OF SERVICE

      I, Tara J. Davis, certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 19, 2023.

                                  */s/ Tara J. Davis*
                                  Tara J. Davis

## **LOCAL RULE 7.1 CERTIFICATION**

      The undersigned counsel hereby certifies that she has conferred in good faith with counsel for Defendant regarding the foregoing motion. As a result, Defendant, through their counsel, indicated that they assent to the relief requested herein.

                                          */s/ Tara J. Davis*
                                          Tara J. Davis