UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　　Defendant. | Civil Action No. 1:21-cv-12060-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that all claims that were or could have been asserted in this action be dismissed with prejudice and without costs, with all rights of appeal to be waived.

**Dated: January 29, 2024**
　　　**Boston, Massachusetts**

| | |
|---|---|
| **JOHN DOE,**<br>By his attorneys,<br><br>/s/ Tara Davis<br>―――――――――――――<br>Tara Davis (BBO No. 675346)<br>*tdavis@nmllplaw.com*<br>Regina M. Federico (BBO No. 700099)<br>*rfederico@nmllplaw.com*<br>Nesenoff & Miltenberg, LLLP<br>101 Federal Street, 19th Floor<br>Boston, MA 02110<br>(617) 209-2188 | **MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**<br>By their attorneys,<br><br>―――――――――――――<br>Scott A. Roberts (BBO No. 550732)<br>*sroberts@hrwlawyers.com*<br>Hirsch Roberts Weinstein LLP<br>24 Federal Street, 12th Floor<br>Boston, MA 02110<br>(617) 348-4300 |